GOLDSTEIN & GOLDSTEIN, LLP
Keri Avellini, Esq.
Attorney ID No.: 036641998
60 Evergreen Pl., Ste. 502
East Orange, New Jersey 07018
(973) 675-8277
Attorneys for Plaintiff

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JESSE EDWARDS, JR.<br><br>Plaintiff,<br><br>vs.<br><br>STEVENS TRANSPORT INC., MICHAEL E. ARGUETA, AND JOHN DOE, a fictitious name,<br><br>Defendants. | Case No.: 2:18-cv-132 (SDW)<br><br>**STIPULATION OF DISMISSAL** |

**THIS MATTER** The matter in difference in the above-entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that Plaintiff's Complaint is hereby dismissed with prejudice, and without costs, against all Defendants.

GOLDSTEIN & GOLDSTEIN, LLP

_____
Keri Avellini, Esq.
Attorney for Plaintiff

Dated: 5/17/18

NEWMAN MYERS KREINES GROSS HARRIS, P.C.

_____
Charles Dewey Cole, Jr., Esq.
Attorney for Defendants

Dated: 5 June 2018

So Ordered
this ___ day of June 2018

_____
Susan D. Wigenton, U.S.D.J.